**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE BELIZE BANK LIMITED, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> THE GOVERNMENT OF BELIZE, ) <br> ) <br> Respondent. ) <br> ) | Civil Action No. 1:14-CV-00659 (APM) |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Petitioner The Belize Bank Limited ("BBL") hereby provides notice of a September 28, 2015 Order (the "Order") of the U.S. Court of Appeals for the District of Columbia Circuit in *Belize Soc. Dev. Ltd. v. Gov't of Belize*, denying the petition for rehearing *en banc* filed by the Government of Belize ("GOB") on August 14, 2015. A copy of the D.C. Circuit's Order is attached for the Court's convenience as Exhibit A. The GOB filed the petition for rehearing *en banc* after the U.S. Court of Appeals for the District of Columbia Circuit affirmed a judgment that confirmed an arbitration award issued by the London Court of International Arbitration against the GOB and that has been cited in the papers in this case. *See Belize Soc. Dev. Ltd. v. Gov't of Belize*, 5 F. Supp. 3d 25 (D.D.C. 2013) (Leon, J.).

Dated: September 29, 2015

Respectfully submitted,

SIDLEY AUSTIN LLP

By: /s/ Louis B. Kimmelman
     Louis B. Kimmelman
     DC Bar Number: NY0179

Dana C. MacGrath
DC Bar Number: NY0180
787 Seventh Avenue
New York, New York 10019
bkimmelman@sidley.com
dmacgrath@sidley.com
Telephone: (212) 839-5200
Facsimile: (212) 839-5599

Kristin Graham Koehler
DC Bar Number: 464422
1501 K Street NW
Washington, DC 20005
kkoehler@sidley.com
Telephone: (202) 736-8359
Facsimile: (202) 736-8711

*Counsel for Petitioner*
The Belize Bank Limited

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 29, 2015, I caused to be filed electronically the foregoing NOTICE OF SUPPLEMENTAL AUTHORITY with the Clerk of Court for the United States District Court for the District of Columbia using the CM/ECF system and accomplished service via the same.

                                        /s/ Louis B. Kimmelman
                                        Louis B. Kimmelman